UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00155-FDW-DCK

| | |
|---|---|
| VANESSA CHANCE KNIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHH MORTGAGE CORPORATION, )<br>)<br>Defendant. )<br>) | ORDER |

TAKE NOTICE that a pretrial conference will take place immediately following docket call on July 12, 2021, at 9:15 a.m. in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: July 1, 2021

Frank D. Whitney
United States District Judge